UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ANAYA,<br><br>         Plaintiff,<br><br>   v.<br><br>CDCR,<br><br>         Defendant. | **CASE NO. 1:16-cv-00040-MJS (PC)**<br><br>**ORDER DISMISSING COMPLAINT, FIRST AMENDED COMPLAINT, SECOND AMENDED COMPLAINT, AND THIRD AMENDED COMPLAINT WITH LEAVE TO AMEND**<br><br>**(ECF Nos. 1, 47, 79, 85)**<br><br>**ORDER GRANTING MOTION TO AMEND**<br><br>**(ECF No. 54)**<br><br>**AMENDED COMPLAINT DUE WITHIN THIRTY (30) DAYS** |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF Nos. 1 & 95.) He initiated this action on August 13, 2015 (ECF No. 1), and since has filed more than one hundred documents with the Court, despite being admonished not to do so.

      Amongst these documents are (1) an August 13, 2015 complaint (ECF No. 1), (2) an October 16, 2015 first amended complaint (ECF No. 47), (3) an October 29, 2015 motion to amend (ECF No. 54), (4) a December 10, 2015 second amended complaint

(ECF No. 79), and (5) a December 28, 2015 third amended complaint (ECF No. 85). None of the complaints have been screened by the Court.

An amended complaint must be complete within itself, without reference to prior pleadings. Local Rule 220; Lacey v. Maricopa County, 693 F.3d 896, 907 n.1 (9th Cir. 2012) (en banc). Therefore, Plaintiff may not proceed on discrete claims set forth in his various original and amended complaints. The Court will dismiss all of the complaints and direct Plaintiff to file a fourth amended complaint that contains all of his claims against all defendants he seeks to sue in this action.

Based on the foregoing, the Court HEREBY ORDERS as follows:

1. Plaintiff's motion for leave to amend (ECF No. 54) is GRANTED;
2. Plaintiff's original and amended complaints are dismissed because none are complete in themselves without reference to the others;
3. The Clerk's Office shall send Plaintiff a complaint form;
4. Within thirty (30) days from the date of service of this order, Plaintiff shall file a fourth amended complaint that is complete within itself and sets forth all of his claims against all of the parties he seeks to sue in this action; and
5. The failure to comply with this order will result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   February 19, 2016              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE