UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ANAYA,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR,<br><br>    Defendant. | **CASE NO. 1:16-cv-00040-MJS (PC)**<br><br>**ORDER STRIKING NOTICES**<br><br>**(ECF Nos. 120, 121, 122)**<br><br>**ORDER DISMISSING FIFTH AMENDED COMPLAINT AND SUPPLEMENTAL COMPLAINT WITH LEAVE TO AMEND**<br><br>**(ECF Nos 118, 123)**<br><br>**AMENDED COMPLAINT DUE WITHIN THIRTY (30) DAYS** |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF Nos. 1 & 95.) He has consented to Magistrate Judge jurisdiction. (ECF No. 4.) No other parties have appeared in the action.

   On February 22, 2016, the Court dismissed Plaintiff's complaint, and his first, second, and third amended complaints, on the ground that none of the complaints were complete in themselves without reference to other pleadings. (ECF No. 111.) Plaintiff

then filed a fourth amended complaint. (ECF No. 112.) The Court found the fourth amended complaint failed to state a claim and dismissed it with leave to amend. (ECF No. 116.)

Before the Court are Plaintiff's fifth amended complaint (ECF No. 118) and "supplemental to complaint" (ECF No. 123). Also before the Court are three "notices" filed by Plaintiff. (ECF Nos. 120, 121, 122.)

**I.   NOTICES**

Plaintiff recently filed three notices in this action. (ECF Nos. 120, 121, 122.) All three notices advise the Court that Plaintiff has filed a fifth amended complaint.

Plaintiff previously was advised to cease unnecessary, successive, unwarranted, and duplicative filings. (ECF Nos. 100, 114.) These notices fall within that description and will be stricken.

**II.   COMPLAINTS**

An amended complaint must be complete within itself, without reference to prior pleadings. Local Rule 220; Lacey v. Maricopa County, 693 F.3d 896, 907 n.1 (9th Cir. 2012) (en banc). Plaintiff has been advised of this requirement. He has been told that he may not proceed on discrete claims set forth in numerous pleadings. He nevertheless filed a fifth amended complaint and a supplemental complaint, neither of which is complete in itself. The Court will dismiss the fifth amended complaint and the supplemental complaint. Plaintiff will be afforded **one final opportunity** to file an amended pleading that contains all of his claims against all of the defendants he seeks to sue in this action.

**III.   CONCLUSION AND ORDER**

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's notices (ECF Nos. 120, 121, and 122) are STRICKEN;

2. Plaintiff's fifth amended complaint (ECF No. 118) and supplemental complaint (ECF No. 123) are DISMISSED with leave to amend;

3. Plaintiff shall file a sixth amended complaint within thirty days of the date of this order;

4. If Plaintiff fails to file an amended complaint in compliance with this order, the Court will dismiss this action with prejudice for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

Dated:   June 17, 2016            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE